**DISMISS and Opinion Filed July 15, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00027-CV

## IN THE INTEREST OF L.N.B., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-21930**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Miskel

Appellant's brief in this case is overdue. By postcard dated June 4, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

    /Emily Miskel/
    EMILY MISKEL

240027F.P05        JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF L.N.B., A CHILD

No. 05-24-00027-CV

On Appeal from the 302nd Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-10-21930. Opinion delivered by Justice Miskel. Justices Smith and Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 15, 2024